UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. **08CR 438** |
| v. | ) | Hon. Sidney I. Schenkier |
| | ) | |
| JAMES ATHANS, | ) | UNDER SEAL |
| also known as "Meatball;" | ) | |
| JOSEPH GRILLO | ) | |

## ORDER

It is hereby ORDERED that the criminal complaint and Affidavit of Special Agent Craig Henderson, arrest warrants, the Government's Motion to Seal and this Order, all dated June 3, 2008, are hereby SEALED until the arrest of either of the above-captioned defendants is effectuated.

ENTER:

_____
Sidney I. Schenkier
United States Magistrate Judge

Dated: 06-03-08