## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 438 - 2 | **DATE** | 6/30/08 |
| **CASE TITLE** | United States of America vs. Joseph Grillo | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination. Defendant waives probable cause hearing. The Court enters a finding of probable cause. The defendant is ordered bound to the district court. The government's oral motion to unseal the case is granted. The defendant's oral motion to allow the defendant to travel outside of the Northern District of Illinois is granted. The defendant is given leave to travel to 3626 E. Conwell Dr. in Monticello, Indiana on 725/08-7/26/08. The defendant is also given leave to travel to 11305 62nd St in Kenosha, Wisconsin provided that the defendant notifies Pretrial Services 24 hours prior to the visit.

Docketing to mail notices.

00:15

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|