Felony NF



FILED
AUG 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**JUDGE LEINENWEBER**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES [X]   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   U.S. v. ATHANS, 08 CR 438, Schenkier

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO [X]   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**MAGISTRATE JUDGE SCHENKIER**

3) Is this a re-filing of a previously dismissed indictment or information?   NO [X]   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO [X]   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO [X]   YES ☐

6) What level of offense is this indictment or information?   FELONY [X]   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO [X]   YES ☐

8) Does this indictment or information include a conspiracy count?   NO [X]   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............ (II)            ☐ Income Tax Fraud ......... (II)            ☐ DAPCA Controlled Substances .... (III)
   ☐ Criminal Antitrust (II)               ☐ Postal Fraud ............. (II)            ☐ Miscellaneous General Offenses ... (IV)
   ☐ Bank robbery .......... (II)          x Other Fraud .............. (III)           ☐ Immigration Laws ............. (IV)
   ☐ Post Office Robbery ..... (II)        ☐ Auto Theft ............... (IV)            ☐ Liquor, Internal Revenue Laws .... (IV)
   ☐ Other Robbery ......... (II)          ☐ Transporting Forged Securities .. (III)    ☐ Food & Drug Laws ............. (IV)
   ☐ Assault ............... (III)         ☐ Forgery .................. (III)           ☐ Motor Carrier Act ............. (IV)
   ☐ Burglary .............. (IV)          ☐ Counterfeiting ........... (III)           ☐ Selective Service Act .......... (IV)
   ☐ Larceny and Theft ..... (IV)          ☐ Sex Offenses ............. (II)            ☐ Obscene Mail ............... (III)
   ☐ Postal Embezzlement ... (IV)          ☐ DAPCA Marijuana .......... (III)           ☐ Other Federal Statutes ........ (III)
   ☐ Other Embezzlement .... (III)         ☐ DAPCA Narcotics .......... (III)           ☐ Transfer of Probation Jurisdiction .. (V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC §§1341 & 2

_____
Assistant United States Attorney

(Revised 12/99)