Minute Order Form (06/97)

03 GJ 1484 NF

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE LEINENWEBER | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE SCHENKIER Magistrate Judge Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 0438 | DATE | August 12, 2008 |
| CASE TITLE | US v. JAMES ATHANS, aka "Meatball", JOSEPH GRILLO, SCOTT CAMPBELL, AND JOSEPH DEMICHAEL | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge *Michael T. Mason*

DOCKET ENTRY:

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO JAMES ATHANS AND JOSEPH GRILLO. TO SET PRELIMINARY BAIL AT $317,000.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO SCOTT CAMPBELL AND JOSEPH DEMICHAEL.

**FILED**
AUG 1 2 2008  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET #