# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 438 - 2 | **DATE** | 08/21/08 |
| **CASE TITLE** | USA vs. Joseph Grillo | | |

**DOCKET ENTRY TEXT**

**Arraignment proceedings held.** Defendant waives formal reading and enters a plea of not guilty. Rule 16 conference by 08/26/08. Pretrial motions to be filed by 09/09/08. Response are due by 09/16/08. Status hearing before Judge Leinenweber is set for 09/16/08 at 9:00 a.m. Enter excludable time from 08/21/08 to and including 09/16/08.     (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|